**Frieda C. STEERE et al.**

v.

**Frederick C. KILGUSS, Executor.**

**No. 82–223–A.**

Supreme Court of Rhode Island.

Dec. 2, 1982.

F. Munroe Allen, Providence, for plaintiffs.

Francis J. Maguire, Providence, for defendant.

### ORDER

Treating the plaintiffs' motion to affirm the judgment of the Superior Court as a motion to dismiss this appeal as premature, the motion to dismiss is hereby granted.

SHEA, J., did not participate.